IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CASE NO. 4:10CR3084 |
| v. | ) ) | **ORDER** |
| MICHAEL WEST, | ) ) ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Request to File Restricted Document, filing 80. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Reply Brief as restricted.

IT IS FURTHER ORDERED that said Motion and Order be made available to case participants only.

DATED this 25th day of June, 2012.

BY THE COURT:

*Richard G. Kopf*

The Honorable Richard G. Kopf
Senior United States District Judge